# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLEY CAT INC. et al, | Case No. 2:16-cv-02745-JAD-CWH |
| Plaintiff, | |
| v. | |
| STUART DUNCAN, | **ORDER** |
| Defendant. | |

Presently before the Court is the parties' stipulation to extend discovery (ECF No. 23), filed on September 24, 2017. The parties seek to extend the discovery deadlines until after the Court announces a decision on currently pending motions (ECF Nos. 11 and 12). On July 24, the Court granted Plaintiff's unopposed motion to extend discovery (ECF No. 21), in which parties requested that the deadline to add parties or amend pleadings be extended until after the Court announced its decision in the pending motions. The parties now seek to extend the remaining discovery deadlines in this case until after a ruling is announced.

Since the parties have asked that all pending discovery deadlines be extended until an unspecified date, the Court will construe the parties' stipulation as a joint motion to stay discovery. Upon review, the Court finds good cause for such a stay.

IT IS THEREFORE ORDERED that the parties' stipulation to extend discovery (ECF No. 23) is GRANTED. Discovery in this case is STAYED. After the Court announces its decision on Defendant's pending motions to strike (ECF No. 11) and to dismiss (ECF No. 12), the parties must meet and confer and file a stipulated scheduling order for remaining discovery within 21 days.

DATED: September 25, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge