J. Malcolm DeVoy
Nevada Bar No. 11950
DeVoy Law P.C.
2575 Montessouri Street, Suite 201
Las Vegas, NV 89117
t: 702-706-3051
f: 702-977-9359
ecf@devoylaw.com

*Attorney for Plaintiffs,*
*Alley Cat Inc., Tough House Media, Inc.,*
*and Nicholas Pinkowski.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLEY CAT INC, a Wyoming corporation; TOUGH HOUSE MEDIA INC., a Nevada corporation; and NICHOLAS PINKOWSKI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STUART DUNCAN, an individual,<br><br>Defendant. | Case No.: 2:16-cv-02745-JAD-CWH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT**<br><br>**(First Request)** |

**JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT**
**(First Request)**

Plaintiffs Alley Cat Inc., a Wyoming corporation, Tough House Media Inc., a Nevada corporation, and Nicholas Pinkowski, an individual (collectively, the "Plaintiffs"), and defendant Stuart Duncan, an individual ("Defendant"), through their respective undersigned counsel of record, stipulate and agree that the date for Defendant to respond to Plaintiffs' amended complaint [ECF No. 27].

On September 28, 2017, the Court entered its order denying in part and granting in part Defendant's pending motion to dismiss under Federal Rule of Civil Procedure 12(b)(2) and (6), and denying Defendant's motion to strike under Rule 12(f). [ECF No. 25.] As instructed by that

DeVoy Law  2575 MONTESSOURI STREET, SUITE 201  LAS VEGAS, NV 89117 • 702-706-3051

1 order, Plaintiffs filed their amended complaint on October 18, 2017. [ECF No. 27.] Pursuant to Rule 15(a)(3), Defendant's response to Plaintiffs' amended complaint is due on November 1, 2017.

Pursuant to Local Rule 6-1, this is the parties' first request for such an extension of Defendant's deadline to respond to Plaintiffs' amended complaint. The parties request this extension prior to the expiration of the deadline for Defendant to respond to the amended complaint in order to explore potential resolution of this matter, which only recently has been considered by the parties. The parties do not seek this extension for any improper reason, or for the purposes of delay.

Dated this 1st day of November, 2017 by counsel for both parties.

| | |
|---|---|
| DEVOY LAW P.C. | SENN VISCIANO CANGES, P.C. |
| By: */s/ J. Malcolm DeVoy* <br> J. Malcolm DeVoy (Nevada Bar No. 11950) | By: */s/ Frank Visciano* <br> Frank Visciano (admitted *pro hac vice*) |
| *Attorney for Plaintiffs,* <br> *Alley Cat Inc., Tough House Media, Inc.,* <br> *and Nicholas Pinkowski.* | HOWARD & HOWARD ATTORNEYS PLLC <br> Robert L. Rosenthal (Nevada Bar No. 6476) <br><br> *Attorneys for Defendant,* <br> *Stuart Duncan.* |

STIP. AND ORDER EXTENDING TIME TO RESPOND TO AM. COMPL. (FIRST REQUEST) - 2

[PROPOSED] ORDER

For good cause appearing, it is **ORDERED** that the parties' foregoing stipulation is **GRANTED** and Defendant's response to Plaintiffs' amended complaint shall be due on November 8, 2017.

Dated: November 2, 2017.

_____
UNITED STATES MAGISTRATE JUDGE