J. Malcolm DeVoy
Nevada Bar No. 11950
DeVoy Law P.C.
2575 Montessouri Street, Suite 201
Las Vegas, NV 89117
t: 702-706-3051
f: 702-977-9359
ecf@devoylaw.com

*Attorney for Plaintiffs / Counterclaim Defendants,*
*Alley Cat Inc., Tough House Media, Inc.,*
*and Nicholas Pinkowski.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLEY CAT INC, a Wyoming corporation; TOUGH HOUSE MEDIA INC., a Nevada corporation; and NICHOLAS PINKOWSKI, an individual, | Case No.: 2:16-cv-02745-JAD-CWH |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| v. | |
| STUART DUNCAN, an individual, | [ECF No. 35] |
| Defendant. | |
| STUART DUNCAN, an individual, | |
| Counterclaimant, | |
| v. | |
| ALLEY CAT INC, a Wyoming corporation; TOUGH HOUSE MEDIA INC., a Nevada corporation; and NICHOLAS PINKOWSKI, an individual, | |
| Counterclaim Defendants. | |

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE- 1

Plaintiffs and Counterclaim Defendants Alley Cat Inc., a Wyoming corporation; Tough House Media Inc., a Nevada corporation; and Nicholas Pinkowski, an individual (collectively, the "Plaintiffs"); and Defendant and Counterclaimant Stuart Duncan, an individual ("Defendant"), through their respective counsel of record, stipulate and agree that all claims by and against all parties, including Plaintiffs' First Amended Complaint and Defendant's Counterclaim, are to be dismissed with prejudice. All parties are to bear their own attorney's fees and costs in this action. The parties seek the Court's order of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and 41(a)(2).

Dated this 20th day of April, 2018 by counsel for all parties:

DEVOY LAW, P.C.                                    SENN VISCIANO CANGES, P.C.


By: */s/ J. Macolm DeVoy*                          By: */s/ Frank Visciano*
J. Malcolm DeVoy (Nevada Bar No. 11950)   Frank Visciano (admitted *pro hac vice*)

*Attorney for Plaintiffs / Counterclaim*           HOWARD & HOWARD ATTORNEYS PLLC
*Defendants, Alley Cat Inc., Tough House*          Robert L. Rosenthal (Nevada Bar No. 6476)
*Media, Inc., and Nicholas Pinkowski*

                                                   *Attorneys for Defendant/Counterclaimant,*
                                                   *Stuart Duncan*

2575 MONTESSOURI STREET, SUITE 201
LAS VEGAS, NV 89117 • 702-706-3051

DeVoy Law

DeVoy Law
2575 MONTESSOURI STREET, SUITE 201
LAS VEGAS, NV 89117 • 702-706-3051

## <u>ORDER</u>

Based on the parties' stipulation [ECF No. 35], **IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice, with each of the parties to bear its own attorney's fees and costs.  The Clerk of Court is directed to close this case.


Dated: April 23, 2018

_____
U.S. District Judge Jennifer A. Dorsey